UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DENISE BELL** | : | CIVIL ACTION NO. |
| v. | : | 3:14-cv-1622 |
| **BROWN & WELCH, P.C.** | : | October 31, 2014 |

## COMPLAINT

Denise Bell, Plaintiff herein, complains of Brown & Welch, P.C., Defendant herein, and alleges as follows:

**First Count - Fair Debt Collection Practices Act (P.C.)**

1. Plaintiff is a natural person and a citizen of Connecticut.

2. Defendant maintains its principal office at 530 Preston Avenue, Meriden, Connecticut and is a Connecticut professional corporation.

3. Defendant is a Connecticut professional corporation.

4. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*.

5. This Court has jurisdiction pursuant to 15 U.S.C. §1692k and 28 U.S.C. §1331.

6. Defendant uses the mails in regular efforts to collect personal judgment debts against consumers on behalf of third parties.

7. Plaintiff is a consumer within the meaning of the FDCPA. The underlying transaction involved a debt incurred for personal, family, or household purposes.

8. Defendant is a law firm and engages regularly in the practice of consumer debt collection.

9. Defendant engaged in efforts to collect from Plaintiff the consumer debt.

10. Within one year prior to this lawsuit, Defendant prosecuted a foreclosure action on the judgment debt and filed a motion to revive a judgment.

11. In both instances, Defendant's collection efforts violated 15 U.S.C. §1692e(2), or -f(1) by assessing interest when it had not been awarded, *Ballou v. Law Offices Howard Lee Schiff, P.C.*, 304 Conn. 348, 382, 39 A.3d 1075 (2012).

12. Defendant violated the FDCPA as evidenced by the following conduct:

   a. Using false, deceptive and misleading representations or means in connection with the collection of an alleged debt;

   b. Falsely representing the character, amount or legal status of an alleged debt;

   c. Using unfair means to collect or attempt to collect an alleged debt.

   d. Disregarded of Plaintiff's homestead rights under Conn. Gen. Stat. Ann. § 52-352b(t);

   e. Seeking to foreclose on Plaintiff's home when there was no economic benefit for Defendant's client for the sole purpose of dispossessing Plaintiff of her residence.

**Second Count - Fair Debt Collection Practices Act (general partnership)**

13.     Plaintiff incorporates herein by reference paragraphs 1 through 2 and 4 through 12, inclusive, as if set forth verbatim.

14.     Defendant maintains its principal office at 530 Preston Avenue, Meriden, Connecticut

15.     Defendant represents itself as a professional corporation doing business under the name of Brown & Welch, P.C.  At all times, that identification was used in the documents filed in the underlying litigation and correspondence.

16.     The Connecticut Secretary of State had no record of an entity known as "Brown & Welch, P.C." as of October 31, 2014 as an active, inactive, dormant or lapsed entity.

17.     In the event that the professional corporation denominated as Brown & Welch, P.C. does not exist,  Brown & Welch, P.C. is the assumed name of a general partnership of which Houston Putnam Lowry is a general partner.

18.     In the alternative, Brown & Welch, P.C., as a general partnership, is liable for the violations of FDCPA.

**WHEREFORE**, Plaintiff respectfully requests this Court to:

1. Award plaintiff such compensatory and statutory damages as are permitted by law, as well as $1,000 statutory damages under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award interest; and

4. Award such other and further relief as law or equity may provide.

                              **DENISE BELL**,
                              **Plaintiff**

By: _____s/_____
      Charles D. Houlihan, Jr.
      Federal Bar No. CT 11416
      Post Office Box 582
      Simsbury, CT 06070

      Telephone:   (860) 658-9668
      E-Mail:   charles.houlihan@sbcglobal.net
      Telecopier:   (860) 658-1339

      **ATTORNEY FOR PLAINTIFF**