Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____
                                                                                    _____
                                                                                    Plaintiff's Counsel
vs
_____
                                                                                    _____
                                                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing    SETTLEMENT

☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____