UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE BELL | : | CIVIL ACTION NO. 3:14CV01622(SRU) |
| Plaintiff, | : | |
| v. | : | |
| BROWN & WELSH, P.C. | : | NOVEMBER 13, 2015 |
| Defendant | | |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), the plaintiff, Denise Bell, and the defendant, Brown & Welsh, P.C, hereby stipulate to the voluntary dismissal, with prejudice, of this case, including all claims. Each party shall bear his or its own attorneys' fees and costs and all rights of appeal are waived.

This the 13th day of November, 2015.

DENISE BELL

BY: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT11416
P.O. Box 582
Simsbury, CT  06092
860-658-9668
Attorney for Plaintiff

BROWN & WELSH, P.C.

BY: _____
Cristin E. Sheehan
Federal Bar No. CT26207
Morrison Mahoney LLP
One Constitution Plaza, 10th Flr
Hartford, CT  06103
860-616-4441
Attorney for Defendant

1255913.v1

## CERTIFICATION

      I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Cristin E. Sheehan
    Cristin E. Sheehan  (CT26207)

1255913.v1